

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-87,181-02

**IN RE STEVEN DWAYNE TAYLOR, Relator**

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 22,247-2014 IN THE 402ND DISTRICT COURT
### FROM WOOD COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he mailed an application for a writ of habeas corpus to be filed in the 402nd District Court of Wood County, and that it was returned to him because a writ had already been filed in this cause number.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Wood County, is ordered to file a response addressing Relator's claim, or stating that Relator has not attempted to file an application for a writ of habeas corpus in Wood County since the "A" writ, which was file stamped in Wood County on July 5, 2017, and denied without written order by this

Court on August 9, 2017. *Ex parte Taylor*, No. WR-87,181-01 (Tex. Crim. App. Aug. 9, 2017). "The district clerk of the county of conviction shall accept and file all Code of Criminal Procedure article 11.07 applications." TEX. R. APP. P. 73.4(a). Should the response stipulate that writ applications have been returned to Relator without being filed, Respondent shall state the date application was received, specify what actions were taken, and provide her legal rationale, if any. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: August 21, 2019
Do not publish